EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Rolando Emmanuelli Sepúlveda <br> Ramón Lloveras Otero <br> Mariano Ramírez Bonet <br> Rafael Kodesh Baragaño <br> Osvaldo A. Izquierdo Capella <br> Vanessa García Quiñones <br> José L. Del Moral Lebrón <br> Luis A. Manrara Goyco <br> Inés M. Marrero Estrada | 2011 TSPR 155 <br><br> 183 DPR ____ |

Número del Caso: TS-2756
TS-1765
TS-3426
TS-4761
TS-7281
TS-12,592
TS-9842
TS-14,236
TS-7280


Fecha: 20 de octubre de 2011



Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de septiembre.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

| | |
|---|---|
| Rolando Emmanuelli Sepúlveda | 2756 |
| Ramón Lloveras Otero | 1765 |
| Mariano Ramírez Bonet | 3426 |
| Rafael Kodesh Baragaño | 4761 |
| Osvaldo A. Izquierdo Capella | 7281 |
| Vanessa García Quiñones | 12,592 |
| José L. Del Moral Lebrón | 9842 |
| Luis A. Manrara Goyco | 14,236 |
| Inés M. Marrero Estrada | 7280 |

RESOLUCIÓN

San Juan, Puerto Rico, a 20 de octubre de 2011.

Durante el mes de septiembre de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados y abogadas:

| | |
|---|---|
| Rolando Emmanuelli Sepúlveda | 2756 |
| Ramón Lloveras Otero | 1765 |
| Mariano Ramírez Bonet | 3426 |
| Rafael Kodesh Baragaño | 4761 |
| Osvaldo A. Izquierdo Capella | 7281 |
| Vanessa García Quiñones | 12,592 |
| José L. Del Moral Lebrón | 9842 |
| Luis A. Manrara Goyco | 14,236 |
| Inés M. Marrero Estrada | 7280 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo